# ALABAMA COURT OF CRIMINAL APPEALS



April 4, 2025

**CR-2024-0407**
Brennan Terrell Washam v. State of Alabama (Appeal from Mobile Circuit Court:
CC-22-2189)

## <u>NOTICE</u>

You are hereby notified that on April 4, 2025, the following action was taken
in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk